

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:20CR11CWR-FKB

PURVIS DUSTIN WARD and  18 U.S.C. § 471
MARY GLASSMIRE SESSUMS  18 U.S.C. § 472

**The Grand Jury Charges:**

COUNT 1

That on or before November 2, 2019, in Rankin County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendants, **PURVIS DUSTIN WARD and MARY GLASSMIRE SESSUMS**, aided and abetted by each other, with intent to defraud, did counterfeit, falsely make and forge obligations of the United States, specifically $100, $20, $10 and $5 Federal Reserve Notes, in violation of Title 18, United States Code, Sections 471 and 2.

COUNT 2

That on or before November 2, 2019, in Rankin County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **PURVIS DUSTIN WARD**, aided and abetted by **MARY GLASSMIRE SESSUMS**, did with intent to defraud, possess and pass obligations of the United States to wit: counterfeit Federal Reserve Notes, knowing the same to have been falsely made and counterfeited, all in violation of Title 18, United States Code, Sections 472 and 2.

NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendants, **PURVIS DUSTIN WARD** and **MARY GLASSMIRE SESSUMS**, shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendants, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant Title 18, United States Code, Sections 492 and 982(a)(2)(B); Title 28, United States Code, Section 2461(c); and Title 49, United States Code, Section 80303.

_Darren LaMarca for_
D. MICHAEL HURST, JR.
United States Attorney

**A TRUE BILL:**
**S/SIGNATURE REDACTED**
**Foreperson of the Grand Jury**

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this, the 15th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

2