PRAECIPE FOR WARRANT



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 15 2020
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                         CRIMINAL NO. 3:20CR11CWR-FKB

PURVIS DUSTIN WARD

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 15th day of January, 2020.

This the 15th day of January, 2020.

D. MICHAEL HURST, JR.
United States Attorney

By: _____
DAVID H. FULCHER
ASSISTANT UNITED STATES ATTORNEY
MSB # 10179

Warrant issued:_____

(DHF/FBI)