

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                      CRIMINAL NO.: 3:20-cr-00011-CWR-FKB

PURVIS DUSTIN WARD and
MARY GLASSMIRE SESSUMS

### GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

COMES NOW the United States of America, hereinafter "the Government", requesting that the above styled matter be unsealed and represents the following:

Revealing the existence of the indictment at this time would not jeopardize law enforcement agents and would assist in the prosecution of the case.

WHEREFORE, the Government requests that the Court UNSEAL the above styled matter.

RESPECTFULLY SUBMITTED, this the 3rd day of March, 2020.

                                              D. MICHAEL HURST, JR.
                                              United States Attorney

By:   /s/ David H. Fulcher
       DAVID H. FULCHER
       Assistant United States Attorney